McGREGOR W. SCOTT
United States Attorney
KIRK E. SHERRIFF (SBN 219488)
Asst. United States Attorney
U.S. Courthouse, Suite 4401
2500 Tulare St.
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Tax Indebtedness of: | No. 1:06-at-00268 |
| DAVID J. EDWARDS | ORDER AUTHORIZING ENTRY UPON PREMISES TO EFFECT LEVY |
| Ex Parte UNITED STATES OF AMERICA, and DENNIS R. COLLINS, Revenue Officer | |
| Applicants for Order. | |

The UNITED STATES OF AMERICA and its Revenue Officer, DENNIS R. COLLINS, have applied for an Order to enter upon and into the gated premises located at 5045 E. Anderson Ave., Fresno, California 93727 and at 5025 E. Anderson Ave., Fresno, California 93727 (collectively, the "Property"), for the purpose of searching for, levying upon, and seizing assets described in the declaration of DENNIS R. COLLINS, as well as other similar equipment and assets belonging to DAVID J. EDWARDS ("Taxpayer") found on or within the Property and subject to levy in collection of certain due and unpaid assessments of Internal Revenue taxes now outstanding against the Taxpayer.

-1-
ORDER

Upon the showing made by the declaration under penalty of perjury of DENNIS R. COLLINS, the Court finds that there is probable cause to believe that (1) the Taxpayer has outstanding federal tax liabilities, (2) the IRS has made notice and demand upon the Taxpayer for such federal tax liabilities, (3) the Taxpayer has neglected or refused to pay such federal tax liabilities, and (4) assets or rights to assets belonging to the Taxpayer, and subject to levy and seizure, are located on or within the Property.  Entry onto the Property to search for and seize assets of the Taxpayer subject to levy under the Internal Revenue laws is reasonable under the circumstances.

NOW, THEREFORE, IT IS HEREBY ORDERED that DENNIS R. COLLINS, and/or such other officers, contractors, and agents of the Internal Revenue Service of the United States as it may designate, are authorized and directed to enter upon and into the Property during business hours, or the daytime, within twenty-one (21) days from the date this Order is signed, for the purpose of searching for and seizing the assets described in the Declaration of DENNIS R. COLLINS, as well as other similar equipment and assets belonging to the Taxpayer that are found on the Property and are subject to levy in accordance with applicable Internal Revenue laws and regulations of the United States.

IT IS SO ORDERED.

**Dated:    June 20, 2006**        _____/s/ Sandra M. Snyder_____
icido3                              UNITED STATES MAGISTRATE JUDGE